22063. GRAHAM *v.* THE STATE.

BROYLES, C. J. The evidence tending to connect the defendant with the offense charged (larceny of an automobile) was wholly circumstantial and did not exclude every reasonable hypothesis save that of his guilt. It follows that his conviction was unauthorized and that the court's refusal to grant him a new trial was error.

*Judgment reversed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED FEBRUARY 17, 1932.

*John B. Gamble, Wolver M. Smith,* for plaintiff in error.
*Henry H. West, solicitor-general,* contra.